FILED

4:35 pm, 10/29/24

Margaret Botkins
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| JOHN C. FRANK,<br><br>      Plaintiff,<br><br>vs.<br><br>CHARLES GRAY, Wyoming Secretary of State, SYLVIA HACKL, Laramie County District Attorney, DEBRA LEE, Laramie County Clerk, in their official capacities,<br><br>      Defendants. | Case No. 2:20-CV-00138-KHR |

## JUDGMENT IN A CIVIL ACTION

The Court, having granted Defendants' Motion for Summary Judgment and denying Plaintiff's Motion for Summary Judgment on October 29, 2024, orders that Judgment be entered as follows:

Defendants Charles Gray, Sylvia Hackl, and Debra Lee are entitled to judgment in their favor with the Court finding that Wyo. Stat. § 22-26-113 does not violate the First Amendment.

Dated this 29th day of October, 2024.

_____
Clerk of Court or Deputy Clerk