IN THE UNITED STATES DISTRICT COURT



**10:59 am, 12/9/24**

**Margaret Botkins**
**Clerk of Court**

FOR THE DISTRICT OF WYOMING

JOHN C. FRANK,

      Plaintiff,

vs.

CHARLES GRAY, Wyoming Secretary
of State, SYLVIA HACKL, Laramie
County District Attorney, DEBRA LEE,
Laramie County Clerk, in their official
capacities,

      Defendants.

Case No.  2:20-CV-00138-KHR

---

## AMENDED JUDGMENT IN A CIVIL ACTION

---

The Court issues this Amended Judgment after granting Plaintiff's Motion to Amend Judgment. Having granted Defendants' Motion for Summary Judgment and having denied Plaintiff's Motion for Summary Judgment on December 9, 2024, orders that Judgment be entered as follows:

Defendants Charles Gray, Sylvia Hackl, and Debra Lee are entitled to judgment in their favor with the Court finding that Wyo. Stat. § 22-26-113 does not violate the First Amendment.

Dated this 9th day of December, 2024.

_____
*Clerk of Court or Deputy Clerk*